

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00253-CR

| | | |
|---|---|---|
| JAMAL TYRESE BRADSHAWJONES, Appellant | § | On Appeal from Criminal District Court No. 2 |
| | § | of Tarrant County (1533078D) |
| | § | March 25, 2021 |
| V. | § | Memorandum Opinion by Chief Justice Sudderth |
| | § | |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to delete the $349 in court costs. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Bonnie Sudderth
Chief Justice Bonnie Sudderth